1 Ill. App.3d 1002 (1971)
274 N.E.2d 657
PETER J. STURA, et al., Plaintiffs and Counter-Defendants-Appellees,
v.
ROBERT KRILICH, Defendant and Counter-Plaintiff-Appellant.
No. 71-29.
Illinois Appellate Court  Second District.
October 13, 1971.
Rehearing denied November 18, 1971.
Rathje, Woodward, Dyer & Burt, of Wheaton, (Alfred E. Woodward and Gerald J. Brooks, of counsel,) for appellant.
Douglas C. Hancock, of Elmhurst, for appellee.
Abstract of Decision.
Judgment affirmed.